*E-Filed 11/18/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SATPRIT SINGH,<br><br>    Petitioner,<br><br>  v.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>    Respondents. | No. C 11-5577 RS (PR)<br><br>**ORDER OF TRANSFER** |

    This is a federal habeas corpus action filed pursuant to 28 U.S.C. § 2241 by a *pro se* prisoner. Petitioner challenges his detention by the Department of Homeland Security at the Modesto County Jail, which is in Stanislaus County. Stanislaus County is in the Eastern District of California. Venue is proper in a habeas action in the jurisdiction where the habeas petitioner is confined. *See* 28 U.S.C. § 2241(d). Accordingly, because petitioner is confined in the Eastern District of California, this action is TRANSFERRED to the United States District Court for the Eastern District of California, pursuant to 28 U.S.C. § 1404(a), Habeas Local Rule 2254-3(b), and in the interest of justice. The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

DATED: November 18, 2011

                                            RICHARD SEEBORG
                                         United States District Judge